FILED IN OPEN COURT

DEC 19 2012

CHARLES R. DIARD, JR.
CLERK

CJB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00293-KD |
| | * | |
| v. | * | USAO NO. 10R00416 |
| | * | |
| MOHAMMAD ABDUL | * | VIOLATIONS: |
| RAHMAN ABUKHDAIR, and | * | 18 U.S.C. § 2339A |
| RANDY LAMAR WILSON, JR. | * | 18 U.S.C. § 1542 |
| *a.k.a.* RASHEED WILSON | * | |
| | * | |
| | * | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
18 U.S.C. § 2339A

Beginning on a date unknown to the grand jury, but no later than September 2011, through on or about December 11, 2012, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants

**MOHAMMAD ABDUL RAHMAN ABUKHDAIR, and
RANDY LAMAR WILSON, JR.,** *a.k.a.*, **RASHEED WILSON**

did willfully, knowingly, and unlawfully combine, conspire, confederate, and agree with each other and other persons, both known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services, and personnel, including themselves, knowing and intending that they were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a) (conspiracy to kill, maim, or injure persons or damage property in a foreign country).

All in violation of Title 18, United States Code, Section 2339A.

-1-

## COUNT TWO
18 U.S.C. § 1542

On or about January 31, 2012, in the Southern District of Alabama, Southern Division, the

defendant

### MOHAMMAD ABDUL RAHMAN ABUKHDAIR

knowingly and willfully made a false statement in an application for a United States passport with

intent to induce and secure the issuance of a United States passport for his own use, contrary to the

laws regulating the issuance of passports and the rules prescribed pursuant to such laws.   This

offense was committed to facilitate an act of international terrorism, as defined in Title 18, United

States Code, Section 2331.

In violation of Title 18, United States Code, Section 1542.


A TRUE BILL


FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA


KENYEN R. BROWN
UNITED STATES ATTORNEY

by:

Christopher J. Bodnar
Assistant U.S. Attorney


Sean P. Costello
Assistant U.S. Attorney

John G. Cherry
Assistant U.S. Attorney
Chief, Criminal Division


DECEMBER 2012