# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| VS. | *   CASE NO: CR-12-00293 |
| | * |
| MOHAMMAD ABDUL RAHMAN ABUKHDAIR, | * |
| | * |
| | * |
| DEFENDANT. | * |

## DEFENDANT'S POSITION WITH REGARD TO SENTENCING FACTORS

COMES NOW the above named Defendant, by and through the undersigned counsel and states that he has no objections to the Presentence Investigation Report.

/s/ Richard D. Yelverton
RICHARD D. YELVERTON
Attorney for the Defendant
12 N. Lawrence Street
Mobile, AL 36602
Phone: (251) 432-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2013, I have served a copy of the foregoing document upon the following named individuals, by using the Court's CM/ECF electronic filing system, which will serve notice of this filing on the following named individuals: Hon. Sean P. Costello, Assistant United States Attorney and Hon. Christopher John Bodnar, Assistant United States Attorney.

/s/ Richard D. Yelverton
RICHARD D. YELVERTON